**JOSEPH B. SALA, Ph.D.**

1   THE VIDEOGRAPHER:  The time is
2   2:37.  We're back on the record.
3           - - -
4   BY MR. BUTLER:
5       Q.   Mr. Sala, are you ready to continue?
6       A.   Yes.
7       Q.   You've got a list here attached to
8   your CV with all your publications.  I think you
9   were looking at that a second ago, correct?
10      A.   Correct.
11      Q.   Are there any publications that you
12  have been involved in that relate to warnings on
13  rendering equipment?
14      A.   Specifically rendering equipment?  No.
15      Q.   Are there any publications that you've
16  been involved in that relate to warnings on
17  machine guarding?
18      A.   Specifically machine guarding?  No.
19      Q.   You understand that's the issue in the
20  case here, the -- this case we're here about
21  today.
22      A.   Well, I understand that that -- that
23  is an issue in this case, yes.
24      Q.   Whether the machine was guarded or

Exhibit 5