JOSEPH B. SALA, Ph.D.

1  reasonable degree of scientific certainty, as to
2  Mr. Coggins' adherence to the purported warning
3  that Mr. Ryan suggests to have been there.
4       Q.    Tell the jury what physical test you
5  performed in this case.
6       A.    A physical test?
7       Q.    Yes, sir.
8       A.    I'm sorry.
9       Q.    Yes, sir.
10      A.    I -- I have not performed a physical
11 test.  I have --
12      Q.    Tell --
13      A.    Didn't perform a physical test.
14      Q.    Tell the jury what studies you
15 conducted in this case.
16      A.    There was not an independent study to
17 be conducted in this case, rather it was more of a
18 meta-analysis and an application of the scientific
19 literature, what we know about warning compliance
20 to the available facts in this case, to make a
21 scientific determination.
22      Q.    Tell the jury how long you spent doing
23 a physical inspection of the machine in question.
24      A.    I'm sorry, can you repeat the

Exhibit 6