JOSEPH B. SALA, Ph.D.

```
 1  question?
 2       Q.   Tell the jury how long you've spent
 3  doing a physical -- physical inspection of the
 4  machine in question, this Dupps cooker.
 5       A.   I have not physically inspected this
 6  machine.
 7       Q.   That's something you would normally do
 8  to arrive at an opinion as an expert, correct?
 9       A.   In certain situations it is something
10  that I've engaged in.  In certain situations it's
11  more necessary than others.
12       Q.   Well, why didn't you go look at the
13  machine?
14       A.   I didn't feel that it was necessary to
15  inspect this -- this machine in order to perform
16  the -- the assessment that I performed.
17       Q.   You were hired to criticize John Ryan?
18       A.   No.
19       Q.   That's part of your opinions, is a
20  criticism of him, correct?
21       A.   I don't think I have criticisms of him
22  personally.  I disagree with his analysis and I
23  believe I've stated so in my report.
24       Q.   Of course he's made two physical
```