Case 5:14-cv-00425-C   Document 42-8   Filed 04/20/15   Page 1 of 1

Page 187

**JOSEPH B. SALA, Ph.D.**

1   Q. If someone assumes a risk it's a
2  subjective standard as to whether that person had
3  knowledge of it and assumed the risk, correct?
4   A. I -- I think I understand your point,
5  and we can assess the -- the -- the available
6  information that is within a context like that
7  and -- and set expectations of what we would --
8  what someone in a situation would understand.
9   Q. Okay. I -- I didn't really follow
10 that, but let me ask my question again.
11          If someone -- you're saying
12 someone's assuming a risk, the risk they assume,
13 that's subjective to them as to what they perceive
14 and what they understand, correct?
15   A. Wait. I'm -- I'm -- I'm sorry, can
16 you -- can you start that over?  I --
17   Q. Sure.
18   A. -- because I didn't use the -- the --
19 I didn't state that anyone assumed a -- a risk
20 here.
21   Q. Well, you stated the words open and
22 obvious, correct?
23   A. I stated that the -- that the --
24 the -- the existence of this hazard was open and

SUMMIT COURT REPORTING, INC.
215.985.2400 * 609.567.3315 * 800.447.8648 * www.summitreporting.com

Exhibit 8