JOSEPH B. SALA, Ph.D.

```
 1        A.    No.
 2        Q.    Like engineers have a license,
 3   correct, out of a state they're --
 4        A.    They can.
 5        Q.    Doctors have a license.  Lawyers have
 6   a license.  Does a humans factors person like
 7   yourself, do you get a license?
 8        A.    No.
 9        Q.    Are you regulated by any organization
10   or professional body?
11        A.    No, I don't believe so.
12        Q.    What would keep just any person with a
13   psychology degree from saying I'm a humans factors
14   expert?
15        A.    Well, I think that one may be able to
16   hold themselves out as a human factors expert.  I
17   don't think there's any board, like you had
18   suggested, a professional engineering board or
19   licensing board, that would -- that would in any
20   way take issue with that or to call someone out
21   for it.
22              However, the courts certainly
23   in a litigation sense have at times excluded
24   people from offering expertise in a field like
```

Exhibit 10

1  human factors.  That would be one body that could
2  do that.
3      Q.   You personally yourself have been
4  excluded as a humans factor expert in court,
5  correct?
6      A.   Not to my knowledge.
7      Q.   Wasn't there a case called Jacoby
8  somewhere in Pennsylvania that you were stricken
9  as an expert?
10          You're familiar with what a
11  Daubert challenge is.
12     A.   Yes.
13     Q.   And is it your testimony that your
14  test -- your testimony has never been stricken
15  through a Daubert challenge?
16     A.   I'm not aware of it being stricken
17  through a Daubert challenge.
18          MR. BUTLER:  I'm going to mark
19          this.  Am I on 4?  And I'll make -- this
20          one's highlighted.  I'll make a clean copy
21          or -- unless you want to take a break right
22          now and do it.
23          All right.  Let's do that.
24  Let's go off the record.