Page 164

JOSEPH B. SALA, Ph.D.

1   A.   In the rendering industry? I don't
2   believe that there are specific standards that
3   would specify the formatting of -- of warnings.
4   Q.   What sets the standards in machine
5   guarding?
6   A.   Again, I'm not attempting to -- to
7   offer opinions as to standards of care related to
8   machine guarding. I think that others will be
9   addressing this issue and that's outside the --
10  the -- the scope of my testimony.
11  Q.   You're here as a warnings expert,
12  though, correct?
13  A.   Correct.
14  Q.   There has to be something that sets
15  the standard of care for warnings in your field.
16  A.   There are suggestions. Like I said,
17  there are voluntary standards that are meant to --
18  to -- to offer guidance to those that are
19  attempting to design warnings. There are
20  scientific endeavors to -- to help understand how
21  and when warnings can be implemented. There are
22  in certain industries and in certain situations
23  regulations specifying necessary warnings.
24           However, there's not a blanket