JOSEPH B. SALA, Ph.D.

1  yourself?
2        A.    Many are.
3        Q.    The ones that aren't psychologists,
4  what is their area of expertise or what is their
5  degree in, I guess I should say?
6        A.    One of -- one of the members is a
7  kinesiologist.  That is someone that has studied
8  the way the body moves and moving through space,
9  control over areas -- limbs and one's movement.
10 There are also I believe engineers.  A -- someone
11 has -- one of our members has received a
12 professional engineering license in a mechanical
13 engineering field but is also an engineer.
14       Q.    So this individual is a engineer but
15 they're also in human factors.
16       A.    Correct.
17       Q.    You're in humans factors but you're
18 not an engineer.
19       A.    That's correct.
20       Q.    And you can't give engineering
21 opinions, correct?
22       A.    I would not offer engineering
23 opinions.
24       Q.    Do you -- as director of the unit, do