**JOSEPH B. SALA, Ph.D.**

1   they had been present requires you to speculate,

2   correct?

3       A.    No.

4       Q.    You did not know Glen Coggins?

5       A.    I did not.

6       Q.    You've never interviewed him,

7   obviously?

8       A.    No.

9       Q.    You've never spoken to his family

10  members?

11      A.    No.

12      Q.    You've never spoken to a single person

13  alive that knows Glen Coggins, correct?

14      A.    Correct.

15      Q.    You don't know his cognitive

16  abilities?

17      A.    I do not.

18      Q.    But you can give testimony under oath

19  saying how or what he would do.  Is that your

20  testimony?

21      A.    Based on the evidence available and

22  the scientific understanding of human information

23  processing, behavioral response to warnings, yes,

24  I can make a determination as to -- to a

Exhibit 15