**JOSEPH B. SALA, Ph.D.**

1  contradict that, do you?
2    A.   No, I -- I -- I'm not going to
3  contradict their testimony that they didn't see
4  warnings on the machine.
5    Q.   You heard -- you read Rick
6  Sappington's deposition. I think he was the
7  maintenance supervisor?
8    A.   Yes.
9    Q.   He said he had been there 13 or 14
10  years and he had never seen a warning for that
11  shaft.
12    A.   That's correct. I believe that's
13  consistent with that. I can go back and review
14  what he specifically said.
15    Q.   What's your understanding as to
16  whether there were or were not warnings in the
17  area of this rotating shaft where Mr. Coggins
18  became entangled?
19    A.   My understanding is that there is no
20  specific warning regarding the rotating shaft in
21  this area.
22    Q.   What is your understanding as to any
23  warnings contained anywhere on that cooker?
24    A.   I'm sorry, what --