1  manual.
2      A.   There's no testimony to that effect.
3      Q.   So if there's no information out there
4  and the record's completely silent as to that, for
5  you to make that assumption that -- you have to
6  speculate.
7      A.   I don't think that's a speculation.  I
8  think that is consistent with the -- the testimony
9  that's being provided.
10     Q.   Why did he get out of the cage?
11     A.   My understanding of this incident is
12 that he got out of the cage so that he could
13 obtain a different location on which to leverage a
14 stuck bolt.
15     Q.   You said despite verbal warnings.  Are
16 you referencing -- what are you referencing there?
17     A.   There is testimony from his coworkers
18 that a number of people yelled or verbalized to
19 him that he shouldn't be leaving the cage.
20     Q.   And did you also read the testimony
21 that the people that were hollering from the
22 ground said it was unbelievably noisy and he
23 probably never heard them?
24     A.   Well, I -- I -- I had heard that -- or

1    read the testimony from the people on the ground
2    saying that with that cooker running it was -- it
3    was very noisy and communicating with -- amongst
4    them was -- was difficult.
5        Q.    So did you just disregard that
6    evidence and just assume he heard them and
7    disregarded them?
8        A.    No.  I think that there's also
9    testimony from others that -- that they believe
10   that they were heard from the perspective of where
11   they were.
12       Q.    That's all your subjective
13   interpretation of the testimony, correct?
14       A.    That is -- I believe that is the
15   testimony that I saw in front of me.
16       Q.    You go through and you have several
17   paragraphs where you criticize Seaboard, correct?
18   I mean, you title -- entitle a paragraph
19   Awareness, Decisions, and Behaviors of Seaboard
20   Foods and Mr. Coggins, correct?
21       A.    Yes.  On page 11 you're --
22       Q.    Yes, and you go through and talk about
23   unsafe work practices and training and poor
24   management, correct?